## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-00266-RM-CBS

KIM MONDRAGON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
---

THIS MATTER, coming before the Court upon the Stipulated Motion to Dismiss with Prejudice filed May 6, 2014 (ECF No. 13). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

Dated this 7th day of May, 2014.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge